*E-FILED: August 1, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA MENDOZA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SANTA CLARA, ET AL.<br><br>　　　　Defendants.<br>_____/ | No. C12-06225 HRL<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The Court having been advised that this case has fully settled, all parties shall appear on **September 17, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed.  The parties shall file a Joint Statement in response to this Order to Show Cause no later than **September 10, 2013**.  The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal.  If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

　　　SO ORDERED.

Dated: August 1, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-06225 HRL Order will be electronically mailed to:**

Frank Scott Moore fsmoore@pacbell.net

Gregory N. Dolton gndolton@gmail.com, gndolton@yahoo.com

J. Randall Andrada randrada@andradalaw.com, spadilla@andradalaw.com

Michael Eric Hale hale@lmslaw.com

Valerie Lu Ly vly@andradalaw.com, spadilla@andradalaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**