*E-Filed: September 13, 2013*

J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
VALERIE LY (SBN 270425)
vly@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:    (510) 287-4160
Fax:    (510) 287-4161

Attorneys for Defendants
COUNTY OF SANTA CLARA, a municipal corporation;
ED FLORES, in his official capacity as the former Chief of
Correction for the Santa Clara County Department of Correction;
JOHN HIROKAWA, in his official capacity as the Acting Chief
of Correction for the Santa Clara County Department of Correction;
SANTA CLARA COUNTY FAIRGROUNDS MANAGEMENT
CORPORATION, a nonprofit public benefit corporation;
MICHAEL DONOHOE, in his official capacity as President of Santa
Clara County Fairgrounds Management Corporation and RAYMOND G.
LUECKEMAN, in his official capacity as Executive Director of The
Santa Clara County Fairgrounds Management Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA MENDOZA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, a municipal corporation; ED FLORES, in his official capacity as the former Chief of Correction for the Santa Clara County Department of Correction; JOHN HIROKAWA, in his official capacity as the Acting Chief of Correction for the Santa Clara County Department of Correction; SANTA CLARA COUNTY FAIRGROUNDS MANAGEMENT CORPORATION, a nonprofit public benefit corporation; MICHAEL DONOHOE, in his official capacity as President of Santa Clara County Fairgrounds Management Corporation; RAYMOND G. LUECKEMAN, in his official capacity as Executive Director of Santa Clara County Fairgrounds Management Corporation; MICHAEL McBRIDE, in his official capacity as a supervisor over participants in Santa Clara County's Weekend Work Program; and Does 1-25,<br><br>Defendants. | Case No.: 5:12-cv-06225 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:   December 7, 2012<br>Trial Date: |

1

1    IT IS HEREBY STIPULATED by and between parties to this action through their
2 designated counsel that the above-captioned action be, and hereby is, dismissed with prejudice pursuant
3 to Fed.R.Civ.P. 41(a)(1).

4    IT IS FURTHER STIPULATED that each party shall bear their own fees and costs.

6  Dated: August 30, 2013                     LIUZZI, MURPHY, SOLOMON & AIKINS, LLP

                                              */s/ Michael E. Hale*
                                              By _____
                                                MICHAEL E. HALE
                                              Attorneys for Plaintiff Maria Mendoza

11 Dated: August 30, 2013                     ANDRADA & ASSOCIATES

                                              */s/ Valerie Ly*
                                              By _____
                                                VALERIE LY
                                              Attorneys for Defendants
                                              COUNTY OF SANTA CLARA; ED FLORES; JOHN
                                              HIROKAWA; SANTA CLARA COUNTY
                                              FAIRGROUNDS MANAGEMENT CORPORATION,
                                              MICHAEL DONOHOE, AND RAYMOND
                                              LUECKEMAN

### [~~PROPOSED~~] ORDER

The above-captioned action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1).

IT IS SO ORDERED.

Dated: __9/11/13_____          _____
                                      UNITED STATES DISTRICT/MAGISTRATE JUDGE

2

{00092634.DOC/}CFSA 1019                                         *Mendoza v. County of Santa Clara, et al.*
STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL                              5:12-cv-06225-HRL